# Exhibit B

*Infringement Data*

*Exhibit B – Infringement Data*

| Doe No | IP Addresss | GUID | P2P Client | Hit Date and Time (in UTC Time) | Tile of Work | Owner of Rights in Work | File Name | File Hash | ISP | City |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 66.233.92.57 | 2D5554333331302DF2748FB00108743C599BE37E | µTorrent 3.3.1 | 7/30/13 12:24:00 PM | The Power of Few | The Power of Few LLC | The Power of Few (2013) | SHA1: 38865F4A61B04B4E45CB790BCEC62DDA54EABF07 | Clear Wireless, LLC | Ohio Southern District |
| 2 | 74.5.26.105 | 2D5554333331302D337536360EF67EE67ABA041C | µTorrent 3.3.1 | 8/12/13 01:57:34 AM | The Power of Few | The Power of Few LLC | The Power of Few (2013) | SHA1: 38865F4A61B04B4E45CB790BCEC62DDA54EABF07 | Embarq Corporation (Embarq Communications, Inc.) | Ohio Southern District |
| 3 | 50.102.122.186 | 2D5554333331302D3375126D9AB47A6ED9FA5B42 | µTorrent 3.3.1 | 8/10/13 06:35:46 PM | The Power of Few | The Power of Few LLC | The Power of Few (2013) | SHA1: 38865F4A61B04B4E45CB790BCEC62DDA54EABF07 | Frontier Communications | Ohio Southern District |
| 4 | 50.102.49.76 | 2D5554333331302D3375C028381AB586A1CC0F78 | µTorrent 3.3.1 | 8/10/13 10:13:58 AM | The Power of Few | The Power of Few LLC | The Power of Few (2013) | SHA1: 38865F4A61B04B4E45CB790BCEC62DDA54EABF07 | Frontier Communications | Ohio Southern District |
| 5 | 192.183.238.242 | 2D5554333330302D68732111EEAD9FC64857BDAB3 | µTorrent 3.3.0 | 8/4/13 07:07:39 PM | The Power of Few | The Power of Few LLC | The Power of Few (2013) | SHA1: 38865F4A61B04B4E45CB790BCEC62DDA54EABF07 | Frontier Communications | Ohio Southern District |
| 1 | 70.194.198.157 | 2D5554333331302D3375DA5D2B2E7DD789A999EC | µTorrent 3.3.1 | 8/14/13 04:33:45 AM | The Power of Few | The Power of Few LLC | The Power of Few (2013) | SHA1: 38865F4A61B04B4E45CB790BCEC62DDA54EABF07 | Verizon Wireless | Ohio Southern District |
| 9 | 70.203.195.74 | 2D415A353030302D655334526 35A357062705635 | Vuze 5.0.0.0 | 7/30/13 01:37:26 AM | The Power of Few | The Power of Few LLC | The Power of Few (2013) | SHA1: 38865F4A61B04B4E45CB790BCEC62DDA54EABF07 | Verizon Wireless | Ohio Southern District |
| 6 | 74.199.123.91 | 4D362D312D322D2D6E34C274EB959120BDA75241 | BitTorrent 6.1.2 | 8/2/13 02:29:27 PM | The Power of Few | The Power of Few LLC | The Power of Few (2013) | SHA1: 38865F4A61B04B4E45CB790BCEC62DDA54 | WideOpenWest | Ohio Southern District |

## Exhibit B – Infringement Data

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | SHA1: 38865F4A61B04B4E45CB790BCEC62DDA54EABF07 | | |
| 7 | 65.60.202.120 | 2D4445313335302D462A777A66686C7763362878 | Deluge 1.3.5.0 | 7/30/13 05:19:45 PM | The Power of Few | The Power of Few LLC | The Power of Few (2013) | SHA1: 38865F4A61B04B4E45CB790BCEC62DDA54EABF07 | WideOpenWest | Ohio Southern District |
| 10 | 75.118.30.161 | 4D372D382D302D2DBA73AC111A3DD284E32D75A4 | BitTorrent 7.8.0 | 7/29/13 08:27:09 AM | The Power of Few | The Power of Few LLC | The Power of Few (2013) | SHA1: 38865F4A61B04B4E45CB790BCEC62DDA54EABF07 | WideOpenWest | Ohio Southern District |
| 11 | 67.149.199.185 | 2D415A353030302D664957433577674453 41354A | Vuze 5.0.0.0 | 7/27/13 07:47:26 PM | The Power of Few | The Power of Few LLC | The Power of Few (2013) | SHA1: 38865F4A61B04B4E45CB790BCEC62DDA54EABF07 | WideOpenWest | Ohio Southern District |